No. 64182.—D. H. Grant & Co., Inc. *v.* United States, protests 280719–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 12, 1960

No. 64183.—John V. Carr & Son, Inc. *v.* United States, protests 214616–K, etc. (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

MAY 10, 1960

No. 64184.—Josiah Wedgwood & Sons, Inc., and F. C. Gerlach & Co. et al *v.* United States, protests 58/13283, etc.— Plaintiffs' application for rehearing granted.